# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KYLE HASKETT, | ) | CASE NO. 1:19-cv-0370 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| CRESCENT DIGITAL, LLC, et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the claims in plaintiff's complaint are dismissed with prejudice and this case is closed.

**IT IS SO ORDERED**.

Dated: August 2, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**